```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
WHB BILTMORE, LLC, and MILLENNIUM &                                :
COPTHORNE INTERNATIONAL LIMITED,                                   :
                                                                   :
                           Plaintiffs,                             :    23-cv-6849 (DLC)
                                                                   :
            -v-                                                    :    ORDER
                                                                   :
HIGHGATE HOTELS, L.P.,                                             :
                                                                   :
                           Defendant.                              :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2023

LEWIS J. LIMAN, United States District Judge:

    The Court held a conference on Plaintiffs' emergency motion for a temporary restraining order at 4:00 p.m today, August 4, 2023. Dkt. Nos. 7–9. The following memorializes the orders and deadlines from that conference.

    Defendant shall submit any opposition to Plaintiffs' motion by 5:00 p.m. on Sunday, August 6, 2023. Plaintiffs shall submit any reply in support of the motion by 4:30 p.m. on Monday, August 7, 2023. The Court schedules an in-person hearing on the motion in Courtroom 15C at the 500 Pearl Street Courthouse on Monday, August 7, 2023 at 6:00 p.m. If the parties reach an agreement on the motion, they shall inform the Court by no later than 12:00 p.m. on Monday, August 7, 2023.

    The Court also schedules a subsequent hearing in front of Judge Cote in Courtroom 18B at the 500 Pearl Street Courthouse on August 9, 2023 at 11:00 a.m.

    SO ORDERED.

Dated: August 4, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                            United States District Judge