UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
WHB BILTMORE, LLC, and MILLENNIUM &       :
COPTHORNE INTERNATIONAL LIMITED,          :          23cv6849 (DLC)
                                         :
                        Plaintiffs,      :              ORDER
                                         :
             -v-                          :
                                         :
HIGHGATE HOTELS, L.P.,                    :
                                         :
                        Defendant.        :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

     It is hereby

     ORDERED that the August 7, 2023 conference in front of

Judge Liman is rescheduled to August 7, 2023 at 4:00pm in front

of Judge Cote in Courtroom 18B at the 500 Pearl Street

Courthouse.

     IT IS FURTHER ORDERED that plaintiffs shall submit any

reply in support of the motion by 2:00pm on August 7, 2023.

Dated:   New York, New York
         August 5, 2023

                              _____
                                      DENISE COTE
                              United States District Judge