UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WHB BILTMORE, LLC, and MILLENNIUM &    :    23cv6849 (DLC)
COPTHORNE INTERNATIONAL LIMITED,      :
                                      :         ORDER
                                      :
                          Plaintiffs, :
               -v-                    :
                                      :
HIGHGATE HOTELS, L.P.,                :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

Having received the plaintiffs' letter dated August 7, 2023, it is hereby

ORDERED that the August 7 and August 9 hearings are cancelled.

IT IS FURTHER ORDERED that a telephone conference is scheduled for **August 23, 2023 at 11:00 A.M.**  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:        888-363-4749
        Access Code:    4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         August 7, 2023

                                            _____
                                                   DENISE COTE
                                            United States District Judge