```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
WHB BILTMORE, LLC, and MILLENNIUM &        :    23cv6849 (DLC)
COPTHORNE INTERNATIONAL LIMITED,          :
                                          :         ORDER
                                          :
                           Plaintiffs,    :
              -v-                         :
                                          :
HIGHGATE HOTELS, L.P.,                    :
                                          :
                           Defendant.     :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiffs' letter dated August 22, 2023, it is hereby

ORDERED that the August 23 telephone conference is rescheduled to **September 28 at 11:30 AM**.  The parties shall use the following dial-in credentials for the telephone conference:

>     Dial-in:       888-363-4749
>     Access Code:   4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          August 22, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge