```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WHB BILTMORE, LLC, and MILLENNIUM &      :    23cv6849 (DLC)
COPTHORNE INTERNATIONAL LIMITED,         :
                                         :         ORDER
                         Plaintiffs,     :
              -v-                        :
                                         :
HIGHGATE HOTELS, L.P.,                   :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the **September 28, 2023** telephone conference is rescheduled to **October 5** at **4:00 PM**. The parties shall use the following dial-in credentials for the telephone conference:

```
        Dial-in:         888-363-4749
        Access Code:     4324948
```

The parties shall use a landline if one is available.

Dated:   New York, New York
         September 26, 2023

                                          _____
                                                    DENISE COTE
                                          United States District Judge