```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
WHB BILTMORE, LLC, and MILLENNIUM &   :    23cv6849 (DLC)
COPTHORNE INTERNATIONAL LIMITED,      :
                                      :         ORDER
                         Plaintiffs,  :
              -v-                     :
                                      :
HIGHGATE HOTELS, L.P.,                :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the telephonic conference held on October 5, 2023, it is hereby

ORDERED that, by October 27, 2023, the plaintiffs shall file any revised motion for a preliminary injunction and temporary restraining order.

IT IS FURTHER ORDERED that security in the amount of $100,000.00 be posted by the plaintiffs prior to filing any revised motion.

IT IS FURTHER ORDERED that any response from the defendant is due November 2, 2023.

Dated:   New York, New York
         October 5, 2023

                                    _____
                                             DENISE COTE
                                    United States District Judge